**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Dmitrc Ian Burnes                         Darrell W. Westmoreland
Burnes & Burnes                          Vernon Correctional Center
711 Washington Street                    3755 Camp Baker Road
Alexandria LA 71301                      Leesville LA 71446

**REHEARING ACTION: June 22, 2011**

**Docket Number: 10   01408-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DARRELL W. WESTMORELAND**

**Appealed from Vernon Parish Case No. 74648**

**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Marc T. Amy**
      **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Darrell W. Westmoreland** has this day been

      **DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for the Appellee
    Terry Wayne Lambright, Counsel for the Appellee